COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Hi Tech Products, Inc. and David E. Dodd, both d/b/a Fantastic
                         Fountains v. Sigma Marble & Granite Houston, Inc.

Appellate case number:   01-13-00044-CV

Trial court case number: 1230253

Trial court:             80th District Court of Harris County

  David D. Peden, M. Harris Stamey, and Porter Hedges LLP have filed a Motion for Leave to Withdraw as Counsel for Appellants.  Appellee Sigma Marble & Granite Houston, Inc. has filed a response.

  The motion to withdraw filed by David D. Peden, M. Harris Stamey, and Porter Hedges LLP complies with Rule 6.5 of the Texas Rules of Appellate Procedure and is **granted**.  *See* TEX. R. APP. P. 6.5.

  It is so ORDERED.


Judge's signature: /s/ Sherry Radack
                         ☑ Acting individually     ☐ Acting for the Court



Date:  February 6, 2013